THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM O. MILES et al., Appellants, Impleaded with Others.

*People* v. *Miles*, 123 App. Div. 862, affirmed.
(Argued April 3, 1908; decided April 21, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 17, 1908, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendants of the crime of conspiracy.

*Martin S. Lynch* for appellants.

*John F. Clarke, District Attorney* (*Robert H. Elder* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ. Absent: HISCOCK, J.